UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES REOPENING/CLOSING



Case No.  CV 98-9244-TJH                          Date  5/12/99

Title  Sony Music Entertainment etal  vs  Global Arts Productions, etal

Present  TERRY J. HATTER, JR.                                  , Judge

       Florence Kato                        _____
       Deputy Clerk                              Court Reporter

Attorneys for Plaintiff                      Attorneys for Defendant

[ENTERED stamp: MAY 13 1999 CENTRAL DISTRICT OF CALIFORNIA]

Proceedings:  [ ] In Court   [ ] In Chambers   [ ] Counsel Notified

[ ] Case previously closed in error.  Make JS-5.

[x] Case should have been closed on entry dated  1/11/99  .
    Make JS-6.

[ ] Case settled but may be reopened if settlement is not consummated
    within _____ days.  Make JS-6.

[ ] Other _____

[ ] Entered _____

✓ DOCKETED
n. MLD COPY PTYS
n  MLD NOTICE PTYS
✓ JS-6

ENTERED ON ICMS 2?

CV 74 (3/87)                                  Initials of Deputy Clerk____

MAY 13 1999