UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUL 09 1999
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., a corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GLOBAL ARTS PRODUCTIONS, an entity of unknown form, <br><br> Defendant, <br><br> and <br><br> RICHARD PERLMAN, <br><br> Witness-Appellant. | No. 99-55435 <br><br> DC# CV-98-09244-TJH-2 <br> Central District of California <br> (Los Angeles) <br><br> ORDER |



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 09 1999
by
Deputy Clerk

Court records reflect that the appellant has failed to file an opening brief.

Thus, the appeal is dismissed for failure to prosecute. Ninth Cir. Rule 42-1 and Ninth Cir. Rule 31-2.3.

A certified copy of this order shall serve as the mandate of this court.

FILED
CLERK, U.S. DISTRICT COURT
JUL 19 1999
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

FOR THE COURT

Mary G. Schlepp
Deputy Clerk

LODGED
CLERK, U.S. DISTRICT COURT
JUL 12 1999
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

S:\CASES\1999\99-55434\99-07-09-dis2.wpd



JUL 21 1999
ENTERED ON ICMS
7/21/99

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 21 1999
CENTRAL DISTRICT OF CALIFORNIA

Russell J. Frackman, Esq.
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064

sm
99-55435

Arthur H. Lampel, Esq.
Suite 580
16133 Ventura Blvd
Encino, CA 91436


sm
99-55435