UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUL 09 1999

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., a corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> GLOBAL ARTS PRODUCTIONS, an entity of unknown form, <br><br> Defendant, <br><br> and <br><br> SHELLEY LEIBOWITZ, <br><br> Witness-Appellant. | No. 99-55434 <br><br> DC# CV-98-09244-TJH-1 <br> Central District of California <br> (Los Angeles) <br><br> ORDER |

Court records reflect that the appellant has failed to file an opening brief.

Thus, the appeal is dismissed for failure to prosecute. Ninth Cir. Rule 42-1 and Ninth Cir. Rule 31-2.3.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Mary G. Schlepp
Deputy Clerk

DOCKETED
MLD COPY PTYS
MLD NOTICE PTYS
JS-6

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 09 1999
by
Deputy Clerk

S:\CASES\1999\99-55434\99-07-09-dis1.wpd

ENTERED JUL 21 1999

INTERNAL USE ONLY: Proceedings include all events.
99-55434 Sony Music Entertain, et al v. Leibowitz

| Party | Counsel |
|---|---|
| SONY MUSIC ENTERTAINMENT, INC., a corporation<br>    Plaintiff - Appellee | Russell J. Frackman, Esq.<br>310/312-3119<br>[COR LD NTC ret]<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064 |
| A&M RECORDS, INC., a corporation<br>    Plaintiff - Appellee | Russell J. Frackman, Esq.<br>(See above)<br>[COR LD NTC ret] |
| BMG MUSIC, a general partnership d/b/a The RCA Record Label<br>    Plaintiff - Appellee | Russell J. Frackman, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CAPITOL RECORDS, INC., a corporation<br>    Plaintiff - Appellee | Russell J. Frackman, Esq.<br>(See above)<br>[COR LD NTC ret] |
| ELEKTRA ENTERTAINMENT, a division of WARNER COMMUNICATION, INC., a corporation<br>    Plaintiff - Appellee | Russell J. Frackman, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MCA RECORDS INC., a corporation<br>    Plaintiff - Appellee | Russell J. Frackman, Esq.<br>(See above)<br>[COR LD NTC ret] |
| POLYGRAM RECORDS, INC., a corporation<br>    Plaintiff - Appellee | Russell J. Frackman, Esq.<br>(See above)<br>[COR LD NTC ret] |
| WARNER BROTHERS RECORDS, INCORPORATED, a corporation<br>    Plaintiff - Appellee | Russell J. Frackman, Esq.<br>(See above)<br>[COR LD NTC ret] |
| SHELLY LEIBOWITZ<br>    Witness - Appellant | Arthur H. Lampel, Esq.<br>818-990-1596<br>Suite 580<br>[COR LD NTC ret]<br>16133 Ventura Blvd<br>Encino, CA 91436 |

v.

GLOBAL ARTS PRODUCTIONS, an entity of unknown form
    Defendant